Certificate Number: 03088-MD-DE-019028470

Bankruptcy Case Number: 10-31585


03088-MD-DE-019028470

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2012, at 9:34 o'clock AM CDT, Nikki T Jackson completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   August 26, 2012                By:   /s/Ryan V. Downing

                                       Name: Ryan V. Downing

                                       Title: Counselor